## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Thomas Griffin

                       Plaintiff,

v.                                          Case No.: 1:22−cv−04515
                                                      Honorable Joan H. Lefkow

Christopher Fletcher, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: Scheduling conference held. Rule 26(a)(1) disclosures are due by 2/10/2023. Written discovery shall issue by 2/10/2023. Fact discovery shall complete by 10/10/2023. A status hearing is set for 4/19/2023 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.