IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. 22-cv-04515 |
| | ) | |
| Defendants, Vill. Of Calumet Pk. Police Dept., | ) | |
| Ronald Denson in his ind. Capacity, and Vill of Calumet | ) | Jury Trial Demanded |
| Pk, as indemnitor, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY**

NOW COMES, Plaintiff by and through Gianna Scatchell Basile, Esq. of Disparti Law Group, P.A., in support of Plaintiff's Unopposed Motion for Extension of discovery, avers as follows in support of the motion:

1. On February 27, 2023, pursuant to the Executive Committee Order, this civil case was reassigned to the Honorable Lindsay C. Jenkins. (Dkt. 19)

2. On April 19, 2023, the Parties filed their Joint Status Report.

3. On April 20, 2023, the Court entered an order that the parties are to file a Joint Status Report on the progress of fact discovery on or before September 28, 2023. (Dkt. 23)

4. The Parties have propounded interrogatories and requests for production.

5. Since discovery was propounded there have been some difficulties resolving attorney-client relationship obligations on behalf of the Plaintiff.

6. However, those issues and difficulties have recently been resolved in the past week.

7. A recent staff shortage and the efforts to resolve attorney-client obligations have hindered the Plaintiff's counsel's efforts to complete discovery by October 10, 2023.

8. Defendants do not object to Plaintiff's request for an extension of time.

9. The Defendant requires additional time complete its deposition of the Plaintiff.

10. At this time the Plaintiff intends to depose four (4) to six (6) witnesses.

11. At this time the Parties are working to complete discovery and request an extension of discovery, not only to resolve any outstanding written discovery issues, but also to complete relevant witness depositions.

12. This request is the Plaintiff's first request for an extension of time. This motion is being made in good faith and is not designed or intended to delay this matter in any fashion, and no party will be prejudiced in the granting of this motion.

WHEREFORE, the Plaintiff requests a 90-day extension of discovery or until January 8, 2024, to resolve any outstanding discovery issues and complete discovery efforts, and for whatever other relief this Court deems equitable and just.

*/s/Gianna Scatchell Basile*
Gianna Scatchell Basile, *Esq.*
DISPARTI LAW GROUP, P.A.
Attorney for Plaintiff
121 W. Wacker Dr, suite 2300
Chicago, IL 60601

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served a copy of the JSR on the counsel of record via ECM on September 28, 2023.

Respectfully Submitted,

Gianna Scatchell Basile, Esq.