# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THOMAS GRIFFIN,                          )
                                         )
    Plaintiff,                          )
                                         )
                                         ) Case No. 22-cv-4515
v.                                       )
                                         ) The Hon. Judge Lindsay C. Jenkins
VILLAGE OF CALUMET PARK, *et al.*,       )
                                         ) Magistrate Judge Sunil R. Harjani
    Defendants.                         )

## JOINT STATUS REPORT PER DKT. 51

NOW COME, THOMAS GRIFFIN, by and through his undersigned counsel, Cass T.

Casper, DISPARTI LAW GROUP, P.A., and VILLAGE OF CALUMET PARK, RONALD J.

DENSON, CHRISTOPHER FLETCHER, and the VILLAGE OF CALUMET PARK POLICE

DEPARTMENT, by and through their undersigned counsel, Michael J. Hayes, ODELSON,

MURPHEY, FRAZIER & MCGRATH, LTD., and report as follows for their Joint Status Report

per Dkt. 51.

1. The parties report that they do not need an expert discovery schedule.

2. The parties propose a dispositive briefing schedule as follows: Defendants' motion for

summary judgment due December 19, 2024; Plaintiff's Response due January 17, 2025; Defendants'

Reply due January 31, 2025.


Respectfully submitted,                  Respectfully submitted,

**THOMAS GRIFFIN**                       **VILLAGE OF CALUMET PARK**
                                         **RONALD J. DENSON**
                                         **CHRISTOPHER FLETCHER**

By:   */s/ Cass T. Casper*
_____
One of His Attorneys                     */s/*
                                         _____
*Cass T. Casper, Esq.*                   *One of their Attorneys*
DISPARTI LAW GROUP, P.A.                  *Michael J. Hayes*

121 West Wacker Drive, Suite 2300          ODELSON, STERK, MURPHEY,
Chicago, Illinois 60601                    FRAZIER & MCGRATH, LTD.
P: (312) 506-5511 ext. 331                 3318 West 95th Street
E: ccasper@dispartilaw.com                 Evergreen Park, Illinois 60805
                                           P: (708) 424-5678
                                           E: mhayes@omfmlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on October 29, 2024 he caused to be served the foregoing document on all counsel of record via this Court's CM/ECF filing system and that all such counsels are registered e-filers.

*/s/ Cass T. Casper*
_____