# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Thomas Griffin

                              Plaintiff,

v.                                              Case No.: 1:22−cv−04515
                                                Honorable Lindsay C. Jenkins

Christopher Fletcher, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

 MINUTE entry before the Honorable Lindsay C. Jenkins: The Court imposes the following dispositive motion briefing schedule as proposed by the parties: Defendants' motion for summary judgment is due by December 19, 2024; Plaintiff's response is due by January 17, 2025; Defendants' reply is due by January 31, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.